IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RALPH BOBIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>DR. KALYANA NANDAPATI, SAMUEL RAMON BROWN, M.D.; ALEGENT HEALTH - BERGAN MERCY HEALTH SYSTEMS; ALEGENT CREIGHTON CLINIC; and JOHN DOE, INC.,<br><br>    Defendants. | **8:25CV355**<br><br>**ORDER** |

    THIS MATTER is before the Court on the Stipulated and Unopposed Rule 41(a)(2) Motion of Plaintiff to dismiss the above-captioned matter as to Defendant Samuel Ramon Brown, M.D. only, with prejudice, each party to pay their own costs, Filing No. 79. The Court, being fully advised, finds that said Motion is true and proper in all respects and should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed, with prejudice, as to Defendant Samuel Ramon Brown, M.D. only, with prejudice, each party to pay their own costs.

    Dated this 29th day of December, 2025.

                                         BY THE COURT:

                                         s/ Joseph F. Bataillon
                                         Senior United States District Judge